# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**CRYSTAL PRICE**                                                    **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO. 2:12-CV-58-JMV**

**RYAN W. FRANKS**                                      **DEFENDANT**

## AGREED ORDER OF FINAL DISMISSAL WITH PREJUDICE

**THIS DAY THIS CAUSE** came before this Court upon the joint *ore tenus* motion of the parties for dismissal of this cause of action and the Court, having heard and considered same, does hereby find that the parties have reached an agreement and/or compromise and, therefore, the motion is well-taken and shall be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned cause of action shall hereby be dismissed With Prejudice, with each party to be responsible for their own costs.

**SO ORDERED AND ADJUDGED,** this the 2nd day of April, 2014.

                                                **/s/ Jane M. Virden**
                                                **U.S. MAGISTRATE JUDGE**

**AGREED AND APPROVED:**

  **/s/ Philip S. Stroud**
**Philip S. Stroud, Esq.**
**Attorney for Plaintiff, Crystal Price**

  **/s/ Jeremy D. Hawk**
**Jeremy D. Hawk, Esq.**
**Attorney for Defendant, Ryan W. Franks**